## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA STATE PORT AUTHORITY, An Agency of the State of Alabama, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CA 15-0172-KD-C |
| CHIPPEWA LAKES, LLC, | : | |
| Defendant. | | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) (doc. 40) is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff's motion to remand is **GRANTED** and this action is remanded to the Circuit Court of Mobile County, Alabama.

**DONE** this 12th day of August 2015.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE